UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


MICHAEL PILIKINGTON

vs                                          Civil No. 3:05CV1253 (JBA)

HARTE CHEVROLET, INC.

## ORDER OF DISMISSAL

    Notice having been sent to counsel of record on September 23, 2005, pursuant to D.Conn.L.Civ.R. 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before October 24, 2005.

    No closing papers having been received and no requests for continuance having been received, it is hereby,

    ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to D.Conn.L.Civ.R. 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.


    Dated at New Haven, Connecticut: October 26, 2005.


    IT IS SO ORDERED:


    _____/s/_____
    Janet Bond Arterton
    United States District Judge